PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** WASHINGTON, Stacy                 **Docket Number:** 09-00460-001
                                                                                                   **PACTS Number:** 18441

**Name of Sentencing Judicial Officer:** Honorable Sol Blatt, Jr., Sr. U.S.D.J. - District of South Carolina

**Name of Judicial Officer (via transfer):** Honorable Faith S. Hochberg, U.S.D.J.

**Date of Original Sentence:** 01/22/1999

**Original Offense:** Count 1: Conspiracy to Possess With Intent to Distribute Cocaine Base; Count 9: Possession With Intent to Distribute Cocaine Base

**Original Sentence:** 125 months imprisonment - each count to run concurrent; 5 years supervised release ; $200 special assessment. Special conditions: drug testing/treatment and DNA collection..

**Type of Supervision:** Supervised Release                  **Date Supervision Commenced:** 04/28/2009

**Assistant U.S. Attorney:** To be assigned

**Defense Attorney:** To be assigned

---

## PETITIONING THE COURT

[X] To issue a warrant to act as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On December 2, 2009, Washington was arrested by East Orange, New Jersey Police Department and charged with multiple drug and gun offenses relating to the possession of cocaine and an unlicensed black rifle. The case is pending disposition within New Jersey Superior Court, Essex County. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'<br><br>As detailed in Violation #1, Washington, a convicted felon, unlawfully possessed a firearm. |

PROB 12C - Page 2
Stacy Washington

3   The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

Washington failed to notify the undersigned Probation Officer about the arrest detailed in Violation #1 within the allotted time period.

Additionally, during an office interview on July 14, 2009, the offender notified the Probation Office that he was questioned by Ho-Ho-Kus, New Jersey Police Department on or about July 4, 2009. Therefore, this notification was not accomplished during the allotted time period.

4   The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

During a telephone conversation on August 20, 2009, Washington notified the Probation Office that he was terminated from an employer on or about August 6, 2009. Therefore, this notification was not accomplished during the allotted time period.

5   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to submit a monthly written report accordingly for the following months in 2009: July, August, September, and October.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio, U.S.P.O.

Date: 12/8/09

---

THE COURT ORDERS:

[x] The Issuance of a Warrant to Act as a Detainer in Essex County and Bail Revoked.
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/8/09
Date